# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNSTON ACQUISITIONS, INC. dba JENSEN & WATTS SMALL ENGINE CLINIC; DONNA JEANNE JENSEN, Trustee of the LELAND AND DONNNA JEANNE JENSEN TRUST U/D/T dated May 26, 2006,<br><br>　　　　Defendants. | Case No. 1:16-cv-01694-LJO-SAB<br><br>**ORDER GRANTING EXTENSION OF TIME DEFENDANTS JOHNSTON ACQUISITIONS, INC. AND DONNA JEANNE JENSEN, TRUSTEE OF THE LELAND AND DONNA JEANNE JENSEN TRUST U/D/T DATED MAY 26, 2006, TO RESPOND TO COMPLAINT** |

Pursuant to the parties' stipulation and good cause appearing therefore, **IT IS SO ORDERED:**

Defendants **JOHNSTON ACQUISITIONS, INC. and DONNA JEANNE JENSEN, TRUSTEE OF THE LELAND AND DONNA JEANNE JENSEN TRUST U/D/T DATED MAY 26, 2006** should answer or otherwise respond to Plaintiff's Complaint on or before January 12, 2017.

IT IS SO ORDERED.

Dated:　**December 20, 2016**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE