# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHNSTON ACQUISITIONS, INC., et al.,<br><br>      Defendants. | Case No.  1:16-cv-01694-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>MAY 22, 2017 DEADLINE |

On April 6, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates are VACATED; and

2.    The parties shall file dispositional documents on or before May 22, 2017.

IT IS SO ORDERED.

Dated:   **April 7, 2017**                                  

                                  UNITED STATES MAGISTRATE JUDGE

1